# United States Court of Appeals
## For the First Circuit

---

No. 10-2240

JACKIE HOSANG LAWSON; JONATHAN M. ZANG

Plaintiffs - Appellees/Cross-Appellants

v.

FMR LLC, f/k/a FMR Corp.; FMR CO., INC.; FMR CORP., d/b/a Fidelity Investments; FMR LLC, d/b/a Fidelity Investments; FIDELITY BROKERAGE SERVICES, LLC, d/b/a Fidelity Investments; FIDELITY MANAGEMENT & RESEARCH COMPANY

Defendants - Appellants/Cross-Appellees

---

**MANDATE**

Entered: April 18, 2012

In accordance with the judgment of February 3, 2012, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Wilfred J. Benoit Jr.
Wendy Corrine Butler
Robin S. Conrad
Willis J. Goldsmith
Richard Humes
Thomas J. Karr
Shane B. Kawka
William C. Lesser
Paul E. Nemser
Jonathan Rees
Mary J Rieser
Nicholas J. Rosenberg

Eugene Scalia
M. Patricia Smith
Indira Talwani
Jonathan M. Zang