```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


JACKIE HOSANG LAWSON,                    )
     Plaintiff,                          )
                                         )     CIVIL ACTION NO.
v.                                       )     08-10466-DPW
                                         )
FMR LLC, et al.,                         )
     Defendants.                         )
                                         )
                                         )
                                         )
JONATHAN M. ZANG,                        )
     Plaintiff,                          )     CIVIL ACTION NO.
                                         )     08-10758-DPW
v.                                       )
                                         )
FIDELITY MANAGEMENT & RESEARCH CO.,      )
et al.,                                  )
     Defendants.                         )
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

   In accordance with the Mandate of April 18, 2012, it is hereby ORDERED that the above-entitled actions be and hereby are DISMISSED entirely.

                                         BY THE COURT,

                                         /s/ Jarrett Lovett

                                         Deputy Clerk

DATED: April 26, 2012