# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 7, 2014

Clerk
United States Court of Appeals
  for the First Circuit
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, Massachusetts 02210

      Re:  Jackie Hosang Lawson and Jonathan M. Zang
           v. FMR LLC, et al.
           No. 12-3   (Your docket No. 10-2240)

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case. You may obtain a copy of the opinion by visiting our website @www.supremecourt.gov.

                                          Sincerely,

                                          SCOTT S. HARRIS, Clerk

                                          By *[signature: Elizabeth Brown]*

                                          Elizabeth Brown
                                          Judgments/Mandates Clerk

Enc.
cc:    Eric Schnapper, Esq.
        Mark A. Perry, Esq.

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

April 7, 2014

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Mr. Eric Schnapper
University of Washington
School of Law
P.O. Box 353020
Seattle, WA  98195

Re:  Jackie Hosang Lawson and Jonathan M. Zang
v. FMR LLC, et al.
No. 12-3

Dear Mr. Schnapper:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the First Circuit.

The petitioners are given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing of record:** | $5,411.05 |
| **Clerk's costs:** | 300.00 |
| **Total costs:** | $5,711.05 |

This amount may be collected from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By  *Elizabeth Brown*

Elizabeth Brown
Judgments/Mandates Clerk

cc:   Mark A. Perry, Esq.
      Clerk, USCA for the First Circuit
          (Your docket No. 10-2240)

# Supreme Court of the United States

No. 12-3

**JACKIE HOSANG LAWSON AND JONATHAN M. ZANG,**

Petitioners

v.

**FMR LLC, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the First Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States Court of Appeals for the First Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners Jackie Hosang Lawson and Jonathan M. Zang recover from FMR LLC, et al., Five Thousand Seven Hundred Eleven Dollars and Five Cents ($5,711.05) for costs herein expended.

March 4, 2014

| | |
|---|---|
| **Printing of record:** | $5,411.05 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $5,711.05 |



A True Copy SCOTT S. HARRIS
Test:
Clerk of the Supreme Court of the United States
By: Cynthia Rapp