```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS




JACKIE HOSANG LAWSON,              )
        Plaintiff,                 )    CIVIL ACTION NO.
                                   )    08-10466-DPW
        v.                         )
                                   )
FMR LLC, dba FIDELITY INVESTMENTS, )
FMR CORP.,dba FIDELITY INVESTMENTS,)
and FIDELITY BROKERAGE SERVICES    )
LLC, dba FIDELITY INVESTMENTS,     )
        Defendants.                )
```

**JUDGMENT**

WOODLOCK, District Judge

    In accordance with the Jury Verdict returned on November 14, 2017, it is hereby ORDERED, ADJUDGED AND DECREED:

    **Judgment for the Defendants against the Plaintiff.**

```
                                   BY THE COURT,

                                   /s/ Barbara I Beatty
                                   Deputy Clerk
DATED: November 14, 2017
```