UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACKIE HOSANG LAWSON ) | Civil Action No. |
| ) | 08-10466-DPW |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FMR LLC, dba FIDELITY INVESTMENTS, ) | |
| FMR CORP., dba FIDELITY INVESTMENTS,) | |
| and FIDELITY BROKERAGE SERVICES ) | |
| LLC, dba FIDELITY INVESTMENTS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

To: Clerk of Court and all Parties of Record

I am admitted to practice in this court, and I appear in this case as counsel for Jackie Hosang Lawson.

Respectfully submitted,

/s/ Paul F. Kelly
Paul F. Kelly, BBO# 267000
SEGAL ROITMAN, LLP
111 Devonshire St., 5th Floor
Boston, MA 02109
(617) 742-0208, phone
(617) 742-2187, fax
pkelly@segalroitman.com

Dated: Nov. 28, 2017

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on November 28, 2017.

/s/Paul F. Kelly